1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
9
EASTERN DIVISION

10

11 | GUY MITCHELL NORMAN,                    )        CASE NO.: **EDCV 13-1015 CW**
                                           )
12 |              Plaintiff,                )        ORDER AWARDING
                                           )        EAJA FEES
13 |        v.                             )
                                           )
14 | CAROLYN W. COLVIN, Acting             )
     Commissioner of Social Security       )
15 | Administration,                       )
                                           )
16 |              Defendant.               )
     _____ )

17

18        Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20        **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21 Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND SIX

22 HUNDRED FIFTY DOLLARS and 00/cents ($2,650.00), as authorized by 28

23 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

24 DATED: August 11, 2014

25                              *Carla M. Woehrle*

26
                              _____
27                            UNITED STATES MAGISTRATE JUDGE

28

1